EOD 11/20/01

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

01 NOV 19 AM 9:54

TX EASTERN-BEAUMONT

| MATTHEWS SMITH, et al., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | C. A. NO. 1:96-CV-0749 |
| v. | § | |
| | § | JUDGE COBB |
| TEXACO, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

**CAME ON TO BE HEARD** Class Counsel's Application for Attorneys' Fees and Reimbursement of Expenses. The Court, having duly considered the motion, is of the opinion that it should be granted.

It is therefore ORDERED that Class Counsel are awarded attorneys' fees in the amount of $3,000,000.00 to be paid out of the Settlement Fund. It is further ORDERED that Class Counsel shall be reimbursed for their expenses to date in the amount of $131,280.67, to be paid out of the Settlement Fund. It is further ORDERED that $368,719.33 be placed under the control of the Settlement Administrator to cover Class Counsel's expenses incurred in the future.

Signed this 19 day of November, 2001.

_____
United States District Judge

331